DocuSign Envelope ID: 419C2A48-CAD3-4530-AD69-85A8969B1982
Case 2:21-cv-14262-JXN-CLW   Document 7   Filed 08/02/21   Page 1 of 1 PageID: 25

20210729141822

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, ATTACHMENTS**<br>EFFECTED (1) BY ME: **GIANFRANCO MAUCIONE**<br>TITLE: **PROCESS SERVER** | DATE: **7/29/2021 4:40:24 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

LELA MILOSESKA

Place where served:

314 DIVISION AVENUE   HASBROUCK HEIGHTS  NJ  07604

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LELA MILOSESKA

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: F    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: OLIVE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DocuSign Court Approved E-Signature
*GIANFRANCO MAUCIONE*
C8CA380C0B3947D...........................L.S.

DATE: 07/29/2021

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**Attempts**
7/29/2021 2:39:41 PM

ATTORNEY:     RANDI F. KNEPPER, ESQ.
PLAINTIFF:    BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA AND THE GUARDIAN LIFE
              INSURANCE COMPANY OF AMERICA
DEFENDANT:    LELA MILOSESKA
VENUE:        DISTRICT
DOCKET:
COMMENT:      2 21 CV 14262 JXN CLW